ACCEPTED
03-13-00794-CR
4189297
THIRD COURT OF APPEALS
AUSTIN, TEXAS
2/18/2015 10:36:28 AM
JEFFREY D. KYLE
CLERK

NO. 03-13-00794-CR

| | | |
|---|---|---|
| FRED YAZDI | § | IN THE COURT OF APPEALS |
| | § | 3rd COURT OF APPEALS |
| | § | AUSTIN, TEXAS |
| v. | § | THIRD DISTRICT |
| | § | 2/18/2015 10:36:28 AM |
| | § | JEFFREY D. KYLE |
| STATE OF TEXAS | § | AUSTIN, TEXAS |

FILED
3rd COURT OF APPEALS
AUSTIN, TEXAS
2/18/2015 10:36:28 AM
JEFFREY D. KYLE
Clerk

## SECOND MOTION FOR EXTENSION OF TIME TO FILE BRIEF

NOW COMES THE STATE OF TEXAS, Appellee, by and through her Assistant District Attorney, and moves the Court, pursuant to Texas Rule of Appellate Procedure 38.6(d), to extend the deadline for filing the State's brief. In support of its motion, the State would show the Court the following:

1. The State's Brief in this case is due on February 20, 2015.

2. One previous extensions of time have been granted by this Court.

3. The undersigned is the sole Assistant District Attorney in the Williamson County District Attorney's Office assigned to the appellate division, and must, in addition to handling all writs of habeas corpus applications and direct appeals, advise the trial prosecutors on motions to suppress, jury charges, issues that arise during trial, and other legal matters as they come up during the course of the prosecution of a case.

4. The undersigned Assistant District Attorney anticipates filing a State's brief in 03-

1

14-00622-CR *State vs. Gregory Kelley* with this Court on February 27, 2015

5. During the time given to prepare the State's brief in this matter, the undersigned Assistant District Attorney has filed findings of fact and conclusions of law in *Ex Parte Stephen Farrell Eikelboom*, WR-81,534-01, WR-81,534-02, WR-81,534-03, and *Ex Parte Antonio Gonzalez Rodriguez* 00-430-K368B, obtained and filed an affidavit requested by the Court of Criminal Appeals in *Ex Parte Cory Dale Morgan* WR-81,867-01, 12-1212-K368A, and filed a State's Response to Appellant's Motion to Dismiss in *State vs. Wachtendorf*, 03-14-00633-CR.

6. The undersigned Assistant District Attorney seeks to balance upcoming deadlines in this cause with those in *Ex Parte Robert Jesse Padilla* 06-921-K368A, *Ex Parte Daniel Robert Lock* 97-780-K277A and 94-085-K277A, *Ex Parte Edward Lamoyne King* 10-1235-K26A, *State vs. Wachtendorf*, 03-14-00633-CR, *State v. Mower* 03-14-00094-CR,

7. For the foregoing reasons, The State respectfully requests that the deadline for filing its brief in the above stated cause be extended for an additional seventy five (75) days from the current due date of February 20, 2015, to May 6, 2015.

WHEREFORE, PREMISES CONSIDERED, the State of Texas respectfully requests that this Court grant its motion for an extension of time and extend the State's deadline to file its brief to May 6, 2015.

Respectfully submitted,

**Jana Duty**
District Attorney
Williamson County, Texas


 /s/ John C. Prezas
John C. Prezas
Assistant District Attorney
State Bar Number 24041722
405 Martin Luther King #1
Georgetown, Texas 78626
(512) 943-1248
(512) 943-1255 (fax)
jprezas@wilco.org


Certificate of Service

This is to certify that on February 18, 2015, a copy of the foregoing motion was sent to Appellant's attorney of record, Ms. Linda Icenhauer-Ramirez, 1103 Nueces Street, Austin, TX 78701, ljir@aol.com, by eservice.

/s/ John C. Prezas
John C. Prezas

3